UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REBECCA BRIDGES, as personal
representative of the estate of CODY
HEALEY, deceased, for the benefit of
his survivors and estate,

    Plaintiff,

v.                                             CASE NO.:

DAVID MORGAN, in his official capacity as
SHERIFF, ESCAMBIA COUNTY, FLORIDA;
ERIC ANDERSON, individually; and JOHN
BEARD, individual,

    Defendants.

---

## **NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION:

Defendants, David Morgan, in his official capacity as Sheriff of Escambia County, Florida, Eric Anderson, individually, and John Beard, individually, in his individual capacity, pursuant to the provisions of 28 U.S.C. Section 1446 and Local Rule 7.2, give Notice of Removal of an action pending in the Circuit Court of the First Judicial Circuit, in and for

Escambia County, to the United States District Court for the Northern District of Florida, Pensacola Division, and in support of its Notice, provides the following statement as grounds for removal:

1. David Morgan, in his official capacity as Sheriff of Escambia County, Florida, Eric Anderson, individually, and John Beard, individually, are defendants in a civil action styled, *REBECCA BRIDGES, as personal representative of the estate of CODY HEALEY, deceased, for the benefit of his survivors and estate v. DAVID MORGAN, in his official capacity as SHERIFF, ESCAMBIA COUNTY, FLORIDA; ERIC ANDERSON, individually; and JOHN BEARD, individual*, Case No. 16-CA-2013, in the Circuit Court for the First Judicial Circuit of the State of Florida, in and for Escambia County. A copy of the *Amended Complaint* in that action, the *Return of Service for Defendant Sheriff, Defendant Anderson, and Defendant Beard,* and the *Notice of Filing Notice of Removal* are attached hereto as Exhibits "A", "B", and "C", respectively, and are incorporated herein by reference.

2. Defendant Sheriff was served with the Summons and Amended Complaint on February 21, 2018, Defendant Anderson and Defendant Beard were served with the Summons and Amended Complaint on

February 27, 2018, and this this Notice of Removal is filed within thirty (30) days of such, as required by 28 U.S.C. §1446(b).

3. The Plaintiff's Amended Complaint is a civil action, over which this Court has original jurisdiction, pursuant to 28 U.S.C. §§1331 and 1343, and they are subject to removal to this Court by a Defendant pursuant to the provisions of 28 U.S.C. §1441(a), (c) and §1443, in that Plaintiff has alleged that Defendants have violated their federal statutory or Constitutional Civil rights.  Specifically, Plaintiff's Amended Complaint alleges the following claims:

Count I – Wrongful Death against Defendant Sheriff;

Count II – Wrongful Death against Defendants Anderson and Beard;

Count III – Fourth Amendment Violation – Excessive Force - against Defendants Anderson and Beard;

Count IV – Fourth Amendment Violation – Excessive Force – against Defendant Sheriff;

4. This Court has jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

5. All of the Defendants, David Morgan, in his official capacity as Sheriff of Escambia County, Florida, Eric Anderson, individually, and John Beard, individually consent to the removal of this litigation to the U.S. District Court, Northern District of Florida.

6. Notice of filing of the Notice of Removal has been provided to Plaintiff's attorney and a copy of this Notice of Removal will be filed with the Clerk of the First Judicial Circuit of the State of Florida, in and for Escambia County.

Dated this 12th day of March, 2018.

WARNER LAW FIRM, P. A.

*/s/ Timothy M. Warner*
TIMOTHY M. WARNER
Florida Bar No.  0642363
pleadings@warnerlaw.us
WILLIAM G. WARNER
Florida Bar No. 0346829
Post Office Box 1820
Panama City, FL  32402
Phone No. (850) 784-7772
Fax No. (850) 784-7756
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing was furnished via e-mail this 12th day of March, 2018, to:

Marie A. Mattox, Esq.
MARIE A. MATTOX, P.A.
310 E. Bradford Rd.
Tallahassee, FL 32303
*Counsel for Plaintiff*

              */s/Timothy M. Warner*
              TIMOTHY M. WARNER
              Florida Bar No.  0642363