UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REBECCA BRIDGES, individually, and
as personal representative of the estate
of CODY HEALEY, deceased, for the
benefit of his survivors and estate,

    Plaintiffs,

v.                                      Case No.: 3:18-cv-406-RV-CJK

DAVID MORGAN, in his official
Capacity as SHERIFF of ESCAMBIA
COUNTY, FLORIDA; JOHN BEARD,
Individually and ERIC ANDERSON,
Individually,

    Defendants.
_____

**DEFENDANTS' (DAVID MORGAN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ESCAMBIA COUNTY, FLORIDA AND ERIC ANDERSON) MOTION REQUESTING APPROVAL OF SUBSTITUTION OF COUNSEL WITH CONSENT OF CLIENTS; AND MEMORANDUM IN SUPPORT THEREOF**

Defendants DAVID MORGAN, in his official capacity as Sheriff of Escambia County, Florida ("SHERIFF") and ERIC ANDERSON ("ANDERSON"), move the Court to enter an order approving the substitution of J. Andrew Talbert and the firm of Quintairos, Prieto, Wood & Boyer, P.A. for Timothy M. Warner and the firm of Warner Law Firm, P.A., as counsel for the moving defendants in this action. The Joint Stipulation of Counsel, and Defendants' Consent for Substitution of Counsel appear below within this motion, and reflect the

agreement among counsel supporting the substitution and the consent of the clients, SHERIFF and ANDERSON, with respect thereto.

WHEREFORE, SHERIFF and ANDERSON request that this Court enter an order permitting the substitution of J. Andrew Talbert and the firm of Quintairos, Prieto, Wood & Boyer, P.A. as counsel of record for Defendants SHERIFF and ANDERSON in this case.

## MEMORANDUM OF LAW

Rule 11.1 of the Local Rules of this Court allow for an attorney who has made a general appearance to thereafter withdraw as counsel for a party upon written leave of Court after giving ten (10) days' notice to the client affected thereby. As reflected in the attached Stipulation, Defendants, SHERIFF and ANDERSON, the parties affected by this Motion, have consented in writing to the substitution of counsel as requested herein. Accordingly, Defendants and counsel respectfully request the entry of an order approving the substitution of J. Andrew Talbert and the firm of Quintairos, Prieto, Wood & Boyer, P.A. as counsel of record for Defendants in this case.

## JOINT STIPULATION AND CONSENT FOR SUBSTITUTION OF COUNSEL

The undersigned counsel of record and proposed counsel of record for Defendants, SHERIFF AND ANDERSON, do hereby stipulate and agree that J. Andrew Talbert and the firm of Quintairos, Prieto, Wood & Boyer, P.A be

substituted as counsel of record for the Defendants, in place of Timothy M. Warner and the firm of Warner Law Firm, P.A., and to the entry of an Order by this Court confirming such substitution.

As part of this stipulation, Timothy M. Warner and the firm of Warner Law Firm, P.A. shall be relieved of any further responsibility on behalf of the Defendants named herein. All future correspondence and/or pleadings shall be directed to J. Andrew Talbert and the firm of Quintairos, Prieto, Wood & Boyer, P.A., 114 E. Gregory St., 2nd Floor, Pensacola, Fl 32502  Service by email shall be to the following email addresses:

        atalbert.pleadings@qpwblaw.com
        Tstafford.pleadings@qpwblaw.com
        dshally@qpwblaw.com

| | |
|---|---|
| _/s/ Timothy M. Warner_ | _/s/ J. Andrew Talbert_ |
| Timothy M. Warner | J. Andrew Talbert |
| Fl. Bar No. 0642363 | Florida Bar No.: 0106003 |
| WARNER LAW FIRM, P.A., | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| PO Box 1820 | 114 East Gregory Street, 2nd Floor |
| Panama City, Fl 32402 | Pensacola, FL 32504 |
| (850) 784-7772 | (850) 434-6490 |
| (850) 784-7756 Facsimile | (850) 434-6491 Facsimile |
| pleadings@warnerlaw.us | atalbert@qpwblaw.com |

## CONSENT OF DEFENDANTS DAVID MORGAN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ESCAMBIA COUNTY, FLORIDA AND ERIC ANDERSON

The undersigned do hereby consent to the aforesaid substitution of J. Andrew Talbert and the firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. for Timothy M. Warner and the law firm of Warner Law Firm, P.A., as its counsel in this cause as set forth in the foregoing Stipulation.

_____  
DAVID MORGAN, in his official capacity as Sheriff of Escambia County, Florida

_____  
ERIC ANDERSON