## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**REBECCA BRIDGES, individually,**
**and as personal representative of the**
**estate of CODY HEALEY, deceased,**
**for the benefit of his survivors and**
**estate,**

**CASE NO.: 3:18-cv-406-RV-CJK**

    **Plaintiff,**

**vs.**

**DAVID MORGAN, as SHERIFF of**
**ESCAMBIA COUNTY, FLORIDA,**
**DEPUTY SHERIFF JOHN BEARD,**
**And DEPUTY SHERIFF ERIC**
**ANDERSON**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Rebecca Bridges, individually, and as personal representative of the

estate of Cody Healey, deceased, for the benefit of his survivors and estate, files the

following documents in opposition to Defendants' Motions for Summary Judgment:

| | | |
|---|---|---|
| Exhibit 1 | Voluntary Affidavit of Tiffany Harvey | |
| Exhibit 2 | Offense Report Escambia County Sheriff's Office ECSO140FF031588 | |
| Exhibit 2A | Complete Offense Report | |

Exhibit 3        Log - Device Serial Number P3-022665 – John Beard 12/05/14

Exhibit 4        Escambia County Sheriff's Office Call History Record Printed: 10/13/2015

Exhibit 5        Escambia County Sheriff's Office Call History Record Printed: 12/22/2014

Exhibit 6        Escambia County Sheriff's Office Call History Record Printed:· 10/13/2015

Exhibit 7        Escambia County Sheriff's Office Call History Record Printed:· 10/13/2015

Exhibit 8        Uniform Crime Reports Law Enforcement Killed or Assaulted Report Supplement John Beard - 12/22/2014

Exhibit 9        Uniform Crime Reports Law Enforcement Killed or Assaulted Report Supplement Eric Anderson - 12/22/2014

Exhibit 10       History and Physical Examination Report

Exhibit 11       Emergency Department Chart Baptist Hospital Page 7 of 8

Exhibit 12       Laboratory Report

Exhibit 13       Medical Examiner's Report

Exhibit 13A      Complete Medical Examiner's Report

Exhibit 14       United States Department of Justice Letter - September 4, 2012

Exhibit 15       Offense Report ECSO130FF21386, 7/24/2013

Exhibit 16       Offense Report ECSO130FF24708, 8/24/2013

Exhibit 17       Escambia County Sheriff's Office General Order - Weapons Regulations Number 338

Exhibit 18        Escambia County Sheriff's Office General Order - Weapons Regulations Number 337 - 7/20/2010

Exhibit 19        Escambia County Sheriff's Office General Order 563 Protective Custody Baker Act/Marchman Act

Exhibit 20        DOJ Investigation of Escambia County Jail

Exhibit 21        FDLE Evidence Receipt Form dated 12/18/2014

Exhibit 22        FDLE Laboratory Report

Exhibit 23        FDLE Custody Receipt

Exhibit 25        Voluntary Affidavit of Debra Parkerson

Exhibit 26        07.ECSO - Use of Force Report ECSO0140FF031588

Exhibit 27        Offense Report

Exhibit 28        Katrina Gardner Written Statement

Exhibit 29        FDLE Investigative Summary

Exhibit 30        FDLE Investigative Summary

Exhibit 32        EMS Records

Exhibit 33        Voluntary Affidavit of Carol Morris

Exhibit 34        Email from Meghan Pritchard to Larry Knight

Exhibit 36        Taser Download Log for Deputy Anderson

Exhibit 42        FDLE investigation

Exhibit 43        Beard training documents

Exhibit 44        Anderson training documents

Exhibit 46        Katrina Gardner FDLE Interview Excerpt

Exhibit 47        Anderson Disciplinary Documents

Exhibit 48        FDLE Investigative Report

Exhibit 49        Expert Report of Dr. Kris Sperry

Exhibit 50        First Report by Dr. Darrin Porcher

Exhibit 51        Updated Report by Dr. Darrin Porcher

Exhibit 52        USA Today Article

Exhibit 53        Deposition of Andrea Minyard, M.D.

Exhibit 54        Deposition of Darrin Porcher

Exhibit 55        Deposition of Patrick Roberts

Exhibit 56        Deposition of Shelly Dill

Exhibit 57        Deposition of Michael Gilmore

Exhibit 58        Deposition of Robert Greene

Respectfully submitted,


/s/Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has

been furnished by CM/ECF to all counsel of record this 5th day of August, 2020.


/s/Marie A. Mattox
Marie A. Mattox