# EXHIBIT 35

**From:** Sherwood Elem MGR0491
**To:** Larry Knight
**Date:** 12/10/2014 8:56 AM
**Subject:** parking lot incident

From: Valerie Beede

On December 1st I was in the building and my boss called and said there was a man outside naked. I went outside and seen him walking around screaming the f word. All he had on his was a short sleeve tshirt. He was hitting a tree yelling and cussing. He seemed out of his mind. My boss called 911. Then he did a flip on the pavement, not sure how he landed. One police came and tried to handcuff him. The boy would not let him, he said put your hands behind your back, he would not listen, he was out of his mind. Then one more police officer arrived and they both wrestled with him. They tazed him several times and he would scream. They tazed him again and he finally did not move for as long as I could see. Then the ambulance arrived and they worked on him.

Valerie Beede



PLAINTIFF'S
EXHIBIT
85

PENGAD 800-631-6989