# EXHIBIT 36

TASER SN: P9-013143          CASE # 14-031588

```
                    P9-013143 ERIC ANDERSON 12-4-14
Device Serial Number [ eeeeeeeeeeee ]
Line 001) Data Record not initialized
Line 002) 02/10/10 18:03:38, Wednesday
Line 003) 02/10/10 18:03:46, Wednesday
Line 004) 02/10/10 18:03:55, Wednesday
Line 005) 02/10/10 18:04:05, Wednesday
Line 006) 02/10/10 18:04:19, Wednesday
Line 007) 02/10/10 18:04:25, Wednesday
Line 008) 02/10/10 18:04:34, Wednesday
Line 009) 02/10/10 18:04:39, Wednesday
Line 010) 02/10/10 18:04:45, Wednesday
Line 011) 02/10/10 18:31:16, Wednesday
Line 012) 02/10/10 18:31:24, Wednesday
Line 013) 02/10/10 18:31:30, Wednesday
Line 014) 02/10/10 18:31:38, Wednesday
Line 015) 02/10/10 18:31:45, Wednesday
Line 016) 02/10/10 18:31:51, Wednesday
Line 017) 02/10/10 18:31:57, Wednesday
Line 018) 02/10/10 18:51:40, Wednesday
Line 019) 02/10/10 18:51:46, Wednesday
Line 020) 02/10/10 18:51:52, Wednesday
Line 021) 02/10/10 18:51:57, Wednesday
Line 022) 02/10/10 18:52:03, Wednesday
Line 023) 02/10/10 18:52:15, Wednesday
Line 024) 02/10/10 18:52:21, Wednesday
Line 025) 02/10/10 19:59:09, Wednesday
Line 026) 02/10/10 20:08:13, Wednesday
Line 027) 02/10/10 20:08:19, Wednesday
Line 028) 02/10/10 20:08:25, Wednesday
Line 029) 02/10/10 20:08:31, Wednesday
Line 030) 02/10/10 20:08:37, Wednesday
Line 031) 02/10/10 20:08:43, Wednesday
Line 032) 02/10/10 20:08:49, Wednesday
Line 033) 02/10/10 20:11:30, Wednesday
Line 034) 02/10/10 20:13:52, Wednesday
Line 035) 02/10/10 20:13:58, Wednesday
Line 036) 02/10/10 20:14:04, Wednesday
Line 037) 02/10/10 20:14:10, Wednesday
Line 038) 02/10/10 20:14:16, Wednesday
Line 039) 02/10/10 20:14:22, Wednesday
Line 040) 02/10/10 20:14:28, Wednesday
Line 041) 02/10/10 20:15:38, Wednesday
Line 042) 02/10/10 20:15:44, Wednesday
Line 043) 02/10/10 20:15:50, Wednesday
Line 044) 02/10/10 20:15:56, Wednesday
Line 045) 02/10/10 20:16:02, Wednesday
Line 046) 02/10/10 20:16:08, Wednesday
Line 047) 02/10/10 20:16:14, Wednesday
Line 048) 02/10/10 20:16:43, Wednesday
Line 049) 02/10/10 22:45:16, Wednesday
Line 050) 02/10/10 22:45:34, Wednesday
Line 051) 05/28/10 09:05:44, Friday
Line 052) 06/08/10 21:36:15, Tuesday
Line 053) 06/16/10 15:46:07, Wednesday
Line 054) 06/21/10 20:00:59, Monday
Line 055) 06/23/10 17:12:23, Wednesday
Line 056) 06/27/10 13:10:50, Sunday
Line 057) 07/04/10 08:52:47, Sunday
Line 058) 07/04/10 08:52:53, Sunday
Line 059) 07/05/10 14:11:15, Monday
Line 060) 07/05/10 14:11:26, Monday
Line 061) 07/22/10 20:26:12, Thursday
Line 062) 08/18/10 15:05:30, Wednesday
                                    Page 1
```



PLAINTIFF'S
EXHIBIT
36
PENGAD 800-631-6989

HEA1-594

```
                    P9-013143 ERIC ANDERSON 12-4-14
Line 063)  08/23/10  06:20:25,  Monday
Line 064)  08/23/10  06:20:44,  Monday
Line 065)  08/26/10  07:34:59,  Thursday
Line 066)  09/22/10  17:06:31,  Wednesday
Line 067)  09/24/10  13:28:31,  Friday
Line 068)  10/16/10  15:28:59,  Saturday
Line 069)  10/18/10  20:02:43,  Monday
Line 070)  10/21/10  10:49:01,  Thursday
Line 071)  10/25/10  07:40:53,  Monday
Line 072)  11/30/10  16:29:55,  Tuesday
Line 073)  11/30/10  16:30:06,  Tuesday
Line 074)  11/30/10  16:30:16,  Tuesday
Line 075)  12/01/10  09:00:31,  Wednesday
Line 076)  12/07/10  12:47:56,  Tuesday
Line 077)  01/17/11  18:06:09,  Monday
Line 078)  01/17/11  18:06:21,  Monday
Line 079)  03/30/11  13:07:05,  Wednesday
Line 080)  03/30/11  13:07:17,  Wednesday
Line 081)  03/30/11  13:07:26,  Wednesday
Line 082)  03/30/11  13:29:20,  Wednesday
Line 083)  04/07/11  17:30:47,  Thursday
Line 084)  04/10/11  18:59:00,  Sunday
Line 085)  04/14/11  20:33:10,  Thursday
Line 086)  04/17/11  15:06:48,  Sunday
Line 087)  04/17/11  15:07:45,  Sunday
Line 088)  04/17/11  15:08:08,  Sunday
Line 089)  04/17/11  15:09:53,  Sunday
Line 090)  05/12/11  18:25:33,  Thursday
Line 091)  05/19/11  16:29:48,  Thursday
Line 092)  05/27/11  20:28:35,  Friday
Line 093)  05/27/11  20:33:23,  Friday
Line 094)  05/28/11  15:03:24,  Saturday
Line 095)  06/11/11  13:29:59,  Saturday
Line 096)  06/11/11  13:30:01,  Saturday
Line 097)  07/13/11  16:54:40,  Wednesday
Line 098)  08/03/11  06:36:52,  Wednesday
Line 099)  08/03/11  06:37:00,  Wednesday
Line 100)  08/03/11  06:37:08,  Wednesday
Line 101)  08/03/11  06:37:18,  Wednesday
Line 102)  08/03/11  06:38:02,  Wednesday
Line 103)  08/03/11  06:38:16,  Wednesday
Line 104)  08/03/11  06:38:22,  Wednesday
Line 105)  08/03/11  13:31:14,  Wednesday
Line 106)  08/03/11  13:31:32,  Wednesday
Line 107)  08/03/11  13:31:46,  Wednesday
Line 108)  08/04/11  17:57:28,  Thursday
Line 109)  08/04/11  17:57:37,  Thursday
Line 110)  08/04/11  17:57:44,  Thursday
Line 111)  08/14/11  06:56:51,  Sunday
Line 112)  08/14/11  06:56:59,  Sunday
Line 113)  08/15/11  07:38:22,  Monday
Line 114)  09/14/11  09:08:35,  Wednesday
Line 115)  09/14/11  09:09:02,  Wednesday
Line 116)  09/14/11  09:09:17,  Wednesday
Line 117)  09/14/11  09:10:10,  Wednesday
Line 118)  09/14/11  09:10:26,  Wednesday
Line 119)  09/14/11  09:11:19,  Wednesday
Line 120)  09/14/11  09:11:51,  Wednesday
Line 121)  09/14/11  18:32:23,  Wednesday
Line 122)  09/14/11  21:33:08,  Wednesday
Line 123)  09/15/11  05:33:53,  Thursday
Line 124)  09/16/11  07:23:50,  Friday
Line 125)  09/20/11  12:39:59,  Tuesday
                                    Page 2
```

HEA1-595

```
                     P9-013143 ERIC ANDERSON 12-4-14
Line 126)  09/23/11  08:24:17,  Friday
Line 127)  09/28/11  08:36:03,  Wednesday
Line 128)  10/08/11  07:57:04,  Saturday
Line 129)  10/14/11  20:48:43,  Friday
Line 130)  10/16/11  04:20:16,  Sunday
Line 131)  10/17/11  22:26:16,  Monday
Line 132)  10/20/11  13:14:31,  Thursday
Line 133)  10/22/11  18:32:55,  Saturday
Line 134)  10/24/11  00:50:10,  Monday
Line 135)  11/05/11  16:44:25,  Saturday
Line 136)  11/07/11  17:44:55,  Monday
Line 137)  11/30/11  19:11:30,  Wednesday
Line 138)  12/07/11  01:31:06,  Wednesday
Line 139)  12/13/11  19:05:53,  Tuesday
Line 140)  01/03/12  17:28:30,  Tuesday
Line 141)  01/23/12  16:21:18,  Monday
Line 142)  02/04/12  00:22:41,  Saturday
Line 143)  03/04/12  15:20:11,  Sunday
Line 144)  03/17/12  14:24:44,  Saturday
Line 145)  03/23/12  14:28:31,  Friday
Line 146)  03/26/12  15:57:21,  Monday
Line 147)  04/09/12  14:35:15,  Monday
Line 148)  04/26/12  10:14:04,  Thursday
Line 149)  05/01/12  13:27:46,  Tuesday
Line 150)  05/04/12  00:29:29,  Friday
Line 151)  05/09/12  22:37:59,  Wednesday
Line 152)  05/15/12  14:23:45,  Tuesday
Line 153)  05/17/12  18:30:17,  Thursday
Line 154)  05/17/12  23:00:04,  Thursday
Line 155)  05/24/12  14:51:14,  Thursday
Line 156)  06/25/12  15:52:06,  Monday
Line 157)  07/23/12  14:29:00,  Monday
Line 158)  08/10/12  23:06:08,  Friday
Line 159)  08/11/12  23:19:26,  Saturday
Line 160)  08/27/12  04:20:35,  Monday
Line 161)  09/14/12  20:57:25,  Friday
Line 162)  09/23/12  02:13:44,  Sunday
Line 163)  10/07/12  15:30:51,  Sunday
Line 164)  10/08/12  20:31:54,  Monday
Line 165)  10/11/12  01:22:28,  Thursday
Line 166)  10/18/12  01:39:12,  Thursday
Line 167)  10/18/12  01:45:31,  Thursday
Line 168)  11/05/12  13:59:33,  Monday
Line 169)  11/05/12  20:44:05,  Monday
Line 170)  11/08/12  00:55:53,  Thursday
Line 171)  12/10/12  01:36:37,  Monday
Line 172)  12/16/12  02:28:10,  Sunday
Line 173)  01/12/13  09:04:30,  Saturday
Line 174)  01/27/13  14:12:07,  Sunday
Line 175)  02/06/13  09:58:27,  Wednesday
Line 176)  02/07/13  11:37:36,  Thursday
Line 177)  02/07/13  11:38:48,  Thursday
Line 178)  03/14/13  19:21:18,  Thursday
Line 179)  04/02/13  20:07:57,  Tuesday
Line 180)  04/21/13  18:23:03,  Sunday
Line 181)  06/03/13  20:16:53,  Monday
Line 182)  07/12/13  22:19:24,  Friday
Line 183)  07/29/13  22:42:20,  Monday
Line 184)  01/30/14  20:53:40,  Thursday
Line 185)  02/02/14  20:12:41,  Sunday
Line 186)  02/28/14  18:10:29,  Friday
Line 187)  03/30/14  19:30:58,  Sunday
Line 188)  03/30/14  22:30:49,  Sunday
                                Page 3
```

```
                         P9-013143 ERIC ANDERSON 12-4-14
Line 189) 03/30/14 23:36:41, Sunday
Line 190) 05/29/14 22:43:43, Thursday
Line 191) 05/29/14 22:43:55, Thursday
Line 192) 06/01/14 13:26:06, Sunday
Line 193) 06/01/14 18:36:34, Sunday
Line 194) 08/10/14 23:29:28, Sunday
Line 195) 09/22/14 14:05:31, Monday
Line 196) 09/26/14 18:11:36, Friday
Line 197) 09/28/14 18:23:08, Sunday
Line 198) 10/07/14 18:02:30, Tuesday
Line 199) 10/15/14 20:55:04, Wednesday
Line 200) 10/16/14 19:52:41, Thursday
Line 201) 10/20/14 18:13:11, Monday
Line 202) 10/21/14 18:09:44, Tuesday
Line 203) 10/22/14 17:19:13, Wednesday
Line 204) 11/04/14 19:02:23, Tuesday
Line 205) 11/05/14 02:45:47, Wednesday
Line 206) 11/18/14 19:01:20, Tuesday
Line 207) 11/19/14 17:54:02, Wednesday
Line 208) Data Record not initialized
Line 209) Data Record not initialized
Line 210) Data Record not initialized
Line 211) Data Record not initialized
Line 212) Data Record not initialized
Line 213) Data Record not initialized
Line 214) Data Record not initialized
Line 215) Data Record not initialized
Line 216) Data Record not initialized
Line 217) Data Record not initialized
Line 218) Data Record not initialized
Line 219) Data Record not initialized
Line 220) Data Record not initialized
Line 221) Data Record not initialized
Line 222) Data Record not initialized
Line 223) Data Record not initialized
Line 224) Data Record not initialized
Line 225) Data Record not initialized
Line 226) Data Record not initialized
Line 227) Data Record not initialized
Line 228) Data Record not initialized
Line 229) Data Record not initialized
Line 230) Data Record not initialized
Line 231) Data Record not initialized
Line 232) Data Record not initialized
Line 233) Data Record not initialized
Line 234) Data Record not initialized
Line 235) Data Record not initialized
Line 236) Data Record not initialized
Line 237) Data Record not initialized
Line 238) Data Record not initialized
Line 239) Data Record not initialized
Line 240) Data Record not initialized
Line 241) Data Record not initialized
Line 242) Data Record not initialized
Line 243) Data Record not initialized
Line 244) Data Record not initialized
Line 245) Data Record not initialized
Line 246) Data Record not initialized
Line 247) Data Record not initialized
Line 248) Data Record not initialized
Line 249) Data Record not initialized
Line 250) Data Record not initialized
Line 251) Data Record not initialized
                              Page 4
```

HEA1-597

```
                          P9-013143 ERIC ANDERSON 12-4-14
Line 252) Data Record not initialized
Line 253) Data Record not initialized
Line 254) Data Record not initialized
Line 255) Data Record not initialized
Line 256) Data Record not initialized
Line 257) Data Record not initialized
Line 258) Data Record not initialized
Line 259) Data Record not initialized
Line 260) Data Record not initialized
Line 261) Data Record not initialized
Line 262) Data Record not initialized
Line 263) Data Record not initialized
Line 264) Data Record not initialized
Line 265) Data Record not initialized
Line 266) Data Record not initialized
Line 267) Data Record not initialized
Line 268) Data Record not initialized
Line 269) Data Record not initialized
Line 270) Data Record not initialized
Line 271) Data Record not initialized
Line 272) Data Record not initialized
Line 273) Data Record not initialized
Line 274) Data Record not initialized
Line 275) Data Record not initialized
Line 276) Data Record not initialized
Line 277) Data Record not initialized
Line 278) Data Record not initialized
Line 279) Data Record not initialized
Line 280) Data Record not initialized
Line 281) Data Record not initialized
Line 282) Data Record not initialized
Line 283) Data Record not initialized
Line 284) Data Record not initialized
Line 285) Data Record not initialized
Line 286) Data Record not initialized
Line 287) Data Record not initialized
Line 288) Data Record not initialized
Line 289) Data Record not initialized
Line 290) Data Record not initialized
Line 291) Data Record not initialized
Line 292) Data Record not initialized
Line 293) Data Record not initialized
Line 294) Data Record not initialized
Line 295) Data Record not initialized
Line 296) Data Record not initialized
Line 297) Data Record not initialized
Line 298) Data Record not initialized
Line 299) Data Record not initialized
Line 300) Data Record not initialized
Line 301) Data Record not initialized
Line 302) Data Record not initialized
Line 303) Data Record not initialized
Line 304) Data Record not initialized
Line 305) Data Record not initialized
Line 306) Data Record not initialized
Line 307) Data Record not initialized
Line 308) Data Record not initialized
Line 309) Data Record not initialized
Line 310) Data Record not initialized
Line 311) Data Record not initialized
Line 312) Data Record not initialized
Line 313) Data Record not initialized
Line 314) Data Record not initialized
                          Page 5
```

HEA1-598

```
                            P9-013143 ERIC ANDERSON 12-4-14
Line 315) Data Record not initialized
Line 316) Data Record not initialized
Line 317) Data Record not initialized
Line 318) Data Record not initialized
Line 319) Data Record not initialized
Line 320) Data Record not initialized
Line 321) Data Record not initialized
Line 322) Data Record not initialized
Line 323) Data Record not initialized
Line 324) Data Record not initialized
Line 325) Data Record not initialized
Line 326) Data Record not initialized
Line 327) Data Record not initialized
Line 328) Data Record not initialized
Line 329) Data Record not initialized
Line 330) Data Record not initialized
Line 331) Data Record not initialized
Line 332) Data Record not initialized
Line 333) Data Record not initialized
Line 334) Data Record not initialized
Line 335) Data Record not initialized
Line 336) Data Record not initialized
Line 337) Data Record not initialized
Line 338) Data Record not initialized
Line 339) Data Record not initialized
Line 340) Data Record not initialized
Line 341) Data Record not initialized
Line 342) Data Record not initialized
Line 343) Data Record not initialized
Line 344) Data Record not initialized
Line 345) Data Record not initialized
Line 346) Data Record not initialized
Line 347) Data Record not initialized
Line 348) Data Record not initialized
Line 349) Data Record not initialized
Line 350) Data Record not initialized
Line 351) Data Record not initialized
Line 352) Data Record not initialized
Line 353) Data Record not initialized
Line 354) Data Record not initialized
Line 355) Data Record not initialized
Line 356) Data Record not initialized
Line 357) Data Record not initialized
Line 358) Data Record not initialized
Line 359) Data Record not initialized
Line 360) Data Record not initialized
Line 361) Data Record not initialized
Line 362) Data Record not initialized
Line 363) Data Record not initialized
Line 364) Data Record not initialized
Line 365) Data Record not initialized
Line 366) Data Record not initialized
Line 367) Data Record not initialized
Line 368) Data Record not initialized
Line 369) Data Record not initialized
Line 370) Data Record not initialized
Line 371) Data Record not initialized
Line 372) Data Record not initialized
Line 373) Data Record not initialized
Line 374) Data Record not initialized
Line 375) Data Record not initialized
Line 376) Data Record not initialized
Line 377) Data Record not initialized
                                        Page 6
```

HEA1-599

```
                        P9-013143 ERIC ANDERSON 12-4-14
Line 378) Data Record not initialized
Line 379) Data Record not initialized
Line 380) Data Record not initialized
Line 381) Data Record not initialized
Line 382) Data Record not initialized
Line 383) Data Record not initialized
Line 384) Data Record not initialized
Line 385) Data Record not initialized
Line 386) Data Record not initialized
Line 387) Data Record not initialized
Line 388) Data Record not initialized
Line 389) Data Record not initialized
Line 390) Data Record not initialized
Line 391) Data Record not initialized
Line 392) Data Record not initialized
Line 393) Data Record not initialized
Line 394) Data Record not initialized
Line 395) Data Record not initialized
Line 396) Data Record not initialized
Line 397) Data Record not initialized
Line 398) Data Record not initialized
Line 399) Data Record not initialized
Line 400) Data Record not initialized
Line 401) Data Record not initialized
Line 402) Data Record not initialized
Line 403) Data Record not initialized
Line 404) Data Record not initialized
Line 405) Data Record not initialized
Line 406) Data Record not initialized
Line 407) Data Record not initialized
Line 408) Data Record not initialized
Line 409) Data Record not initialized
Line 410) Data Record not initialized
Line 411) Data Record not initialized
Line 412) Data Record not initialized
Line 413) Data Record not initialized
Line 414) Data Record not initialized
Line 415) Data Record not initialized
Line 416) Data Record not initialized
Line 417) Data Record not initialized
Line 418) Data Record not initialized
Line 419) Data Record not initialized
Line 420) Data Record not initialized
Line 421) Data Record not initialized
Line 422) Data Record not initialized
Line 423) Data Record not initialized
Line 424) Data Record not initialized
Line 425) Data Record not initialized
Line 426) Data Record not initialized
Line 427) Data Record not initialized
Line 428) Data Record not initialized
Line 429) Data Record not initialized
Line 430) Data Record not initialized
Line 431) Data Record not initialized
Line 432) Data Record not initialized
Line 433) Data Record not initialized
Line 434) Data Record not initialized
Line 435) Data Record not initialized
Line 436) Data Record not initialized
Line 437) Data Record not initialized
Line 438) Data Record not initialized
Line 439) Data Record not initialized
Line 440) Data Record not initialized
                                   Page 7
```

HEA1-600

P9-013143 ERIC ANDERSON 12-4-14

```
Line 441) Data Record not initialized
Line 442) Data Record not initialized
Line 443) Data Record not initialized
Line 444) Data Record not initialized
Line 445) Data Record not initialized
Line 446) Data Record not initialized
Line 447) Data Record not initialized
Line 448) Data Record not initialized
Line 449) Data Record not initialized
Line 450) Data Record not initialized
Line 451) Data Record not initialized
Line 452) Data Record not initialized
Line 453) Data Record not initialized
Line 454) Data Record not initialized
Line 455) Data Record not initialized
Line 456) Data Record not initialized
Line 457) Data Record not initialized
Line 458) Data Record not initialized
Line 459) Data Record not initialized
Line 460) Data Record not initialized
Line 461) Data Record not initialized
Line 462) Data Record not initialized
Line 463) Data Record not initialized
Line 464) Data Record not initialized
Line 465) Data Record not initialized
Line 466) Data Record not initialized
Line 467) Data Record not initialized
Line 468) Data Record not initialized
Line 469) Data Record not initialized
Line 470) Data Record not initialized
Line 471) Data Record not initialized
Line 472) Data Record not initialized
Line 473) Data Record not initialized
Line 474) Data Record not initialized
Line 475) Data Record not initialized
Line 476) Data Record not initialized
Line 477) Data Record not initialized
Line 478) Data Record not initialized
Line 479) Data Record not initialized
Line 480) Data Record not initialized
Line 481) Data Record not initialized
Line 482) Data Record not initialized
Line 483) Data Record not initialized
Line 484) Data Record not initialized
Line 485) Data Record not initialized
Line 486) Data Record not initialized
Line 487) Data Record not initialized
Line 488) Data Record not initialized
Line 489) Data Record not initialized
Line 490) Data Record not initialized
Line 491) Data Record not initialized
Line 492) Data Record not initialized
Line 493) Data Record not initialized
Line 494) Data Record not initialized
Line 495) Data Record not initialized
Line 496) Data Record not initialized
Line 497) Data Record not initialized
Line 498) Data Record not initialized
Line 499) Data Record not initialized
Line 500) Data Record not initialized
Line 501) Data Record not initialized
Line 502) Data Record not initialized
Line 503) Data Record not initialized
```

Page 8

HEA1-601

```
                          P9-013143 ERIC ANDERSON 12-4-14
Line 504) Data Record not initialized
Line 505) Data Record not initialized
Line 506) Data Record not initialized
Line 507) Data Record not initialized
Line 508) Data Record not initialized
Line 509) Data Record not initialized
Line 510) Data Record not initialized
Line 511) Data Record not initialized
Line 512) Data Record not initialized
Line 513) Data Record not initialized
Line 514) Data Record not initialized
Line 515) Data Record not initialized
Line 516) Data Record not initialized
Line 517) Data Record not initialized
Line 518) Data Record not initialized
Line 519) Data Record not initialized
Line 520) Data Record not initialized
Line 521) Data Record not initialized
Line 522) Data Record not initialized
Line 523) Data Record not initialized
Line 524) Data Record not initialized
Line 525) Data Record not initialized
Line 526) Data Record not initialized
Line 527) Data Record not initialized
Line 528) Data Record not initialized
Line 529) Data Record not initialized
Line 530) Data Record not initialized
Line 531) Data Record not initialized
Line 532) Data Record not initialized
Line 533) Data Record not initialized
Line 534) Data Record not initialized
Line 535) Data Record not initialized
Line 536) Data Record not initialized
Line 537) Data Record not initialized
Line 538) Data Record not initialized
Line 539) Data Record not initialized
Line 540) Data Record not initialized
Line 541) Data Record not initialized
Line 542) Data Record not initialized
Line 543) Data Record not initialized
Line 544) Data Record not initialized
Line 545) Data Record not initialized
Line 546) Data Record not initialized
Line 547) Data Record not initialized
Line 548) Data Record not initialized
Line 549) Data Record not initialized
Line 550) Data Record not initialized
Line 551) Data Record not initialized
Line 552) Data Record not initialized
Line 553) Data Record not initialized
Line 554) Data Record not initialized
Line 555) Data Record not initialized
Line 556) Data Record not initialized
Line 557) Data Record not initialized
Line 558) Data Record not initialized
Line 559) Data Record not initialized
Line 560) Data Record not initialized
Line 561) Data Record not initialized
Line 562) Data Record not initialized
Line 563) Data Record not initialized
Line 564) Data Record not initialized
Line 565) Data Record not initialized
Line 566) Data Record not initialized
                                        Page 9
```

HEA1-602

```
                              P9-013143 ERIC ANDERSON 12-4-14
Line 567) Data Record not initialized
Line 568) Data Record not initialized
Line 569) Data Record not initialized
Line 570) Data Record not initialized
Line 571) Data Record not initialized
Line 572) Data Record not initialized
Line 573) Data Record not initialized
Line 574) Data Record not initialized
Line 575) Data Record not initialized
Line 576) Data Record not initialized
Line 577) Data Record not initialized
Line 578) Data Record not initialized
Line 579) Data Record not initialized
Line 580) Data Record not initialized
Line 581) Data Record not initialized
Line 582) Data Record not initialized
Line 583) Data Record not initialized
Line 584) Data Record not initialized
Line 585) Data Record not initialized
```

HEA1-603

TASER SN: P9-013143

CASE # 14-031588

```
                    P9-013143 ERIC ANDERSON 12-4-14
Device Serial Number [ eeeeeeeeeeee ]
Line 001) Data Record not initialized
Line 002) 02/10/10 18:03:38, Wednesday
Line 003) 02/10/10 18:03:46, Wednesday
Line 004) 02/10/10 18:03:55, Wednesday
Line 005) 02/10/10 18:04:05, Wednesday
Line 006) 02/10/10 18:04:19, Wednesday
Line 007) 02/10/10 18:04:25, Wednesday
Line 008) 02/10/10 18:04:34, Wednesday
Line 009) 02/10/10 18:04:39, Wednesday
Line 010) 02/10/10 18:04:45, Wednesday
Line 011) 02/10/10 18:31:16, Wednesday
Line 012) 02/10/10 18:31:24, Wednesday
Line 013) 02/10/10 18:31:30, Wednesday
Line 014) 02/10/10 18:31:38, Wednesday
Line 015) 02/10/10 18:31:45, Wednesday
Line 016) 02/10/10 18:31:51, Wednesday
Line 017) 02/10/10 18:31:57, Wednesday
Line 018) 02/10/10 18:51:40, Wednesday
Line 019) 02/10/10 18:51:46, Wednesday
Line 020) 02/10/10 18:51:52, Wednesday
Line 021) 02/10/10 18:51:57, Wednesday
Line 022) 02/10/10 18:52:03, Wednesday
Line 023) 02/10/10 18:52:15, Wednesday
Line 024) 02/10/10 18:52:21, Wednesday
Line 025) 02/10/10 19:59:09, Wednesday
Line 026) 02/10/10 20:08:13, Wednesday
Line 027) 02/10/10 20:08:19, Wednesday
Line 028) 02/10/10 20:08:25, Wednesday
Line 029) 02/10/10 20:08:31, Wednesday
Line 030) 02/10/10 20:08:37, Wednesday
Line 031) 02/10/10 20:08:43, Wednesday
Line 032) 02/10/10 20:08:49, Wednesday
Line 033) 02/10/10 20:11:30, Wednesday
Line 034) 02/10/10 20:13:52, Wednesday
Line 035) 02/10/10 20:13:58, Wednesday
Line 036) 02/10/10 20:14:04, Wednesday
Line 037) 02/10/10 20:14:10, Wednesday
Line 038) 02/10/10 20:14:16, Wednesday
Line 039) 02/10/10 20:14:22, Wednesday
Line 040) 02/10/10 20:14:28, Wednesday
Line 041) 02/10/10 20:15:38, Wednesday
Line 042) 02/10/10 20:15:44, Wednesday
Line 043) 02/10/10 20:15:50, Wednesday
Line 044) 02/10/10 20:15:56, Wednesday
Line 045) 02/10/10 20:16:02, Wednesday
Line 046) 02/10/10 20:16:08, Wednesday
Line 047) 02/10/10 20:16:14, Wednesday
Line 048) 02/10/10 20:16:43, Wednesday
Line 049) 02/10/10 22:45:16, Wednesday
Line 050) 02/10/10 22:45:34, Wednesday
Line 051) 05/28/10 09:05:44, Friday
Line 052) 06/08/10 21:36:15, Tuesday
Line 053) 06/16/10 15:46:07, Wednesday
Line 054) 06/21/10 20:00:59, Monday
Line 055) 06/23/10 17:12:23, Wednesday
Line 056) 06/27/10 13:10:50, Sunday
Line 057) 07/04/10 08:52:47, Sunday
Line 058) 07/04/10 08:52:53, Sunday
Line 059) 07/05/10 14:11:15, Monday
Line 060) 07/05/10 14:11:26, Monday
Line 061) 07/22/10 20:26:12, Thursday
Line 062) 08/18/10 15:05:30, Wednesday
                                    Page 1
```

HEA1-604

```
                      P9-013143 ERIC ANDERSON 12-4-14
Line 063) 08/23/10 06:20:25, Monday
Line 064) 08/23/10 06:20:44, Monday
Line 065) 08/26/10 07:34:59, Thursday
Line 066) 09/22/10 17:06:31, Wednesday
Line 067) 09/24/10 13:28:31, Friday
Line 068) 10/16/10 15:28:59, Saturday
Line 069) 10/18/10 20:02:43, Monday
Line 070) 10/21/10 10:49:01, Thursday
Line 071) 10/25/10 07:40:53, Monday
Line 072) 11/30/10 16:29:55, Tuesday
Line 073) 11/30/10 16:30:06, Tuesday
Line 074) 11/30/10 16:30:16, Tuesday
Line 075) 12/01/10 09:00:31, Wednesday
Line 076) 12/07/10 12:47:56, Tuesday
Line 077) 01/17/11 18:06:09, Monday
Line 078) 01/17/11 18:06:21, Monday
Line 079) 03/30/11 13:07:05, Wednesday
Line 080) 03/30/11 13:07:17, Wednesday
Line 081) 03/30/11 13:07:26, Wednesday
Line 082) 03/30/11 13:29:20, Wednesday
Line 083) 04/07/11 17:30:47, Thursday
Line 084) 04/10/11 18:59:00, Sunday
Line 085) 04/14/11 20:33:10, Thursday
Line 086) 04/17/11 15:06:48, Sunday
Line 087) 04/17/11 15:07:45, Sunday
Line 088) 04/17/11 15:08:08, Sunday
Line 089) 04/17/11 15:09:53, Sunday
Line 090) 05/12/11 18:25:33, Thursday
Line 091) 05/19/11 16:29:48, Thursday
Line 092) 05/27/11 20:28:35, Friday
Line 093) 05/27/11 20:33:23, Friday
Line 094) 05/28/11 15:03:24, Saturday
Line 095) 06/11/11 13:29:59, Saturday
Line 096) 06/11/11 13:30:01, Saturday
Line 097) 07/13/11 16:54:40, Wednesday
Line 098) 08/03/11 06:36:52, Wednesday
Line 099) 08/03/11 06:37:00, Wednesday
Line 100) 08/03/11 06:37:08, Wednesday
Line 101) 08/03/11 06:37:18, Wednesday
Line 102) 08/03/11 06:38:02, Wednesday
Line 103) 08/03/11 06:38:16, Wednesday
Line 104) 08/03/11 06:38:22, Wednesday
Line 105) 08/03/11 13:31:14, Wednesday
Line 106) 08/03/11 13:31:32, Wednesday
Line 107) 08/03/11 13:31:46, Wednesday
Line 108) 08/04/11 17:57:28, Thursday
Line 109) 08/04/11 17:57:37, Thursday
Line 110) 08/04/11 17:57:44, Thursday
Line 111) 08/14/11 06:56:51, Sunday
Line 112) 08/14/11 06:56:59, Sunday
Line 113) 08/15/11 07:38:22, Monday
Line 114) 09/14/11 09:08:35, Wednesday
Line 115) 09/14/11 09:09:02, Wednesday
Line 116) 09/14/11 09:09:17, Wednesday
Line 117) 09/14/11 09:10:10, Wednesday
Line 118) 09/14/11 09:10:26, Wednesday
Line 119) 09/14/11 09:11:19, Wednesday
Line 120) 09/14/11 09:11:51, Wednesday
Line 121) 09/14/11 18:32:23, Wednesday
Line 122) 09/14/11 21:33:08, Wednesday
Line 123) 09/15/11 05:33:53, Thursday
Line 124) 09/16/11 07:23:50, Friday
Line 125) 09/20/11 12:39:59, Tuesday
                              Page 2
```

HEA1-605

```
                         P9-013143 ERIC ANDERSON 12-4-14
Line 126)  09/23/11 08:24:17,  Friday
Line 127)  09/28/11 08:36:03,  Wednesday
Line 128)  10/08/11 07:57:04,  Saturday
Line 129)  10/14/11 20:48:43,  Friday
Line 130)  10/16/11 04:20:16,  Sunday
Line 131)  10/17/11 22:26:16,  Monday
Line 132)  10/20/11 13:14:31,  Thursday
Line 133)  10/22/11 18:32:55,  Saturday
Line 134)  10/24/11 00:50:10,  Monday
Line 135)  11/05/11 16:44:25,  Saturday
Line 136)  11/07/11 17:44:55,  Monday
Line 137)  11/30/11 19:11:30,  Wednesday
Line 138)  12/07/11 01:31:06,  Wednesday
Line 139)  12/13/11 19:05:53,  Tuesday
Line 140)  01/03/12 17:28:30,  Tuesday
Line 141)  01/23/12 16:21:18,  Monday
Line 142)  02/04/12 00:22:41,  Saturday
Line 143)  03/04/12 15:20:11,  Sunday
Line 144)  03/17/12 14:24:44,  Saturday
Line 145)  03/23/12 14:28:31,  Friday
Line 146)  03/26/12 15:57:21,  Monday
Line 147)  04/09/12 14:35:15,  Monday
Line 148)  04/26/12 10:14:04,  Thursday
Line 149)  05/01/12 13:27:46,  Tuesday
Line 150)  05/04/12 00:29:29,  Friday
Line 151)  05/09/12 22:37:59,  Wednesday
Line 152)  05/15/12 14:23:45,  Tuesday
Line 153)  05/17/12 18:30:17,  Thursday
Line 154)  05/17/12 23:00:04,  Thursday
Line 155)  05/24/12 14:51:14,  Thursday
Line 156)  06/25/12 15:52:06,  Monday
Line 157)  07/23/12 14:29:00,  Monday
Line 158)  08/10/12 23:06:08,  Friday
Line 159)  08/11/12 23:19:26,  Saturday
Line 160)  08/27/12 04:20:35,  Monday
Line 161)  09/14/12 20:57:25,  Friday
Line 162)  09/23/12 02:13:44,  Sunday
Line 163)  10/07/12 15:30:51,  Sunday
Line 164)  10/08/12 20:31:54,  Monday
Line 165)  10/11/12 01:22:28,  Thursday
Line 166)  10/18/12 01:39:12,  Thursday
Line 167)  10/18/12 01:45:31,  Thursday
Line 168)  11/05/12 13:59:33,  Monday
Line 169)  11/05/12 20:44:05,  Monday
Line 170)  11/08/12 00:55:53,  Thursday
Line 171)  12/10/12 01:36:37,  Monday
Line 172)  12/16/12 02:28:10,  Sunday
Line 173)  01/12/13 09:04:30,  Saturday
Line 174)  01/27/13 14:12:07,  Sunday
Line 175)  02/06/13 09:58:27,  Wednesday
Line 176)  02/07/13 11:37:36,  Thursday
Line 177)  02/07/13 11:38:48,  Thursday
Line 178)  03/14/13 19:21:18,  Thursday
Line 179)  04/02/13 20:07:57,  Tuesday
Line 180)  04/21/13 18:23:03,  Sunday
Line 181)  06/03/13 20:16:53,  Monday
Line 182)  07/12/13 22:19:24,  Friday
Line 183)  07/29/13 22:42:20,  Monday
Line 184)  01/30/14 20:53:40,  Thursday
Line 185)  02/02/14 20:12:41,  Sunday
Line 186)  02/28/14 18:10:29,  Friday
Line 187)  03/30/14 19:30:58,  Sunday
Line 188)  03/30/14 22:30:49,  Sunday
                                Page 3
```

HEA1-606

```
                        P9-013143 ERIC ANDERSON 12-4-14
Line 189) 03/30/14 23:36:41, Sunday
Line 190) 05/29/14 22:43:43, Thursday
Line 191) 05/29/14 22:43:55, Thursday
Line 192) 06/01/14 13:26:06, Sunday
Line 193) 06/01/14 18:36:34, Sunday
Line 194) 08/10/14 23:29:28, Sunday
Line 195) 09/22/14 14:05:31, Monday
Line 196) 09/26/14 18:11:36, Friday
Line 197) 09/28/14 18:23:08, Sunday
Line 198) 10/07/14 18:02:30, Tuesday
Line 199) 10/15/14 20:55:04, Wednesday
Line 200) 10/16/14 19:52:41, Thursday
Line 201) 10/20/14 18:13:11, Monday
Line 202) 10/21/14 18:09:44, Tuesday
Line 203) 10/22/14 17:19:13, Wednesday
Line 204) 11/04/14 19:02:23, Tuesday
Line 205) 11/05/14 02:45:47, Wednesday
Line 206) 11/18/14 19:01:20, Tuesday
Line 207) 11/19/14 17:54:02, Wednesday
Line 208) Data Record not initialized
Line 209) Data Record not initialized
Line 210) Data Record not initialized
Line 211) Data Record not initialized
Line 212) Data Record not initialized
Line 213) Data Record not initialized
Line 214) Data Record not initialized
Line 215) Data Record not initialized
Line 216) Data Record not initialized
Line 217) Data Record not initialized
Line 218) Data Record not initialized
Line 219) Data Record not initialized
Line 220) Data Record not initialized
Line 221) Data Record not initialized
Line 222) Data Record not initialized
Line 223) Data Record not initialized
Line 224) Data Record not initialized
Line 225) Data Record not initialized
Line 226) Data Record not initialized
Line 227) Data Record not initialized
Line 228) Data Record not initialized
Line 229) Data Record not initialized
Line 230) Data Record not initialized
Line 231) Data Record not initialized
Line 232) Data Record not initialized
Line 233) Data Record not initialized
Line 234) Data Record not initialized
Line 235) Data Record not initialized
Line 236) Data Record not initialized
Line 237) Data Record not initialized
Line 238) Data Record not initialized
Line 239) Data Record not initialized
Line 240) Data Record not initialized
Line 241) Data Record not initialized
Line 242) Data Record not initialized
Line 243) Data Record not initialized
Line 244) Data Record not initialized
Line 245) Data Record not initialized
Line 246) Data Record not initialized
Line 247) Data Record not initialized
Line 248) Data Record not initialized
Line 249) Data Record not initialized
Line 250) Data Record not initialized
Line 251) Data Record not initialized
```

HEA1-607

```
                          P9-013143 ERIC ANDERSON 12-4-14
Line 252) Data Record not initialized
Line 253) Data Record not initialized
Line 254) Data Record not initialized
Line 255) Data Record not initialized
Line 256) Data Record not initialized
Line 257) Data Record not initialized
Line 258) Data Record not initialized
Line 259) Data Record not initialized
Line 260) Data Record not initialized
Line 261) Data Record not initialized
Line 262) Data Record not initialized
Line 263) Data Record not initialized
Line 264) Data Record not initialized
Line 265) Data Record not initialized
Line 266) Data Record not initialized
Line 267) Data Record not initialized
Line 268) Data Record not initialized
Line 269) Data Record not initialized
Line 270) Data Record not initialized
Line 271) Data Record not initialized
Line 272) Data Record not initialized
Line 273) Data Record not initialized
Line 274) Data Record not initialized
Line 275) Data Record not initialized
Line 276) Data Record not initialized
Line 277) Data Record not initialized
Line 278) Data Record not initialized
Line 279) Data Record not initialized
Line 280) Data Record not initialized
Line 281) Data Record not initialized
Line 282) Data Record not initialized
Line 283) Data Record not initialized
Line 284) Data Record not initialized
Line 285) Data Record not initialized
Line 286) Data Record not initialized
Line 287) Data Record not initialized
Line 288) Data Record not initialized
Line 289) Data Record not initialized
Line 290) Data Record not initialized
Line 291) Data Record not initialized
Line 292) Data Record not initialized
Line 293) Data Record not initialized
Line 294) Data Record not initialized
Line 295) Data Record not initialized
Line 296) Data Record not initialized
Line 297) Data Record not initialized
Line 298) Data Record not initialized
Line 299) Data Record not initialized
Line 300) Data Record not initialized
Line 301) Data Record not initialized
Line 302) Data Record not initialized
Line 303) Data Record not initialized
Line 304) Data Record not initialized
Line 305) Data Record not initialized
Line 306) Data Record not initialized
Line 307) Data Record not initialized
Line 308) Data Record not initialized
Line 309) Data Record not initialized
Line 310) Data Record not initialized
Line 311) Data Record not initialized
Line 312) Data Record not initialized
Line 313) Data Record not initialized
Line 314) Data Record not initialized
                              Page 5
```

Line 315) Data Record not initialized   P9-013143 ERIC ANDERSON 12-4-14
Line 316) Data Record not initialized
Line 317) Data Record not initialized
Line 318) Data Record not initialized
Line 319) Data Record not initialized
Line 320) Data Record not initialized
Line 321) Data Record not initialized
Line 322) Data Record not initialized
Line 323) Data Record not initialized
Line 324) Data Record not initialized
Line 325) Data Record not initialized
Line 326) Data Record not initialized
Line 327) Data Record not initialized
Line 328) Data Record not initialized
Line 329) Data Record not initialized
Line 330) Data Record not initialized
Line 331) Data Record not initialized
Line 332) Data Record not initialized
Line 333) Data Record not initialized
Line 334) Data Record not initialized
Line 335) Data Record not initialized
Line 336) Data Record not initialized
Line 337) Data Record not initialized
Line 338) Data Record not initialized
Line 339) Data Record not initialized
Line 340) Data Record not initialized
Line 341) Data Record not initialized
Line 342) Data Record not initialized
Line 343) Data Record not initialized
Line 344) Data Record not initialized
Line 345) Data Record not initialized
Line 346) Data Record not initialized
Line 347) Data Record not initialized
Line 348) Data Record not initialized
Line 349) Data Record not initialized
Line 350) Data Record not initialized
Line 351) Data Record not initialized
Line 352) Data Record not initialized
Line 353) Data Record not initialized
Line 354) Data Record not initialized
Line 355) Data Record not initialized
Line 356) Data Record not initialized
Line 357) Data Record not initialized
Line 358) Data Record not initialized
Line 359) Data Record not initialized
Line 360) Data Record not initialized
Line 361) Data Record not initialized
Line 362) Data Record not initialized
Line 363) Data Record not initialized
Line 364) Data Record not initialized
Line 365) Data Record not initialized
Line 366) Data Record not initialized
Line 367) Data Record not initialized
Line 368) Data Record not initialized
Line 369) Data Record not initialized
Line 370) Data Record not initialized
Line 371) Data Record not initialized
Line 372) Data Record not initialized
Line 373) Data Record not initialized
Line 374) Data Record not initialized
Line 375) Data Record not initialized
Line 376) Data Record not initialized
Line 377) Data Record not initialized

Page 6

HEA1-609

```
                    P9-013143 ERIC ANDERSON 12-4-14
Line 378) Data Record not initialized
Line 379) Data Record not initialized
Line 380) Data Record not initialized
Line 381) Data Record not initialized
Line 382) Data Record not initialized
Line 383) Data Record not initialized
Line 384) Data Record not initialized
Line 385) Data Record not initialized
Line 386) Data Record not initialized
Line 387) Data Record not initialized
Line 388) Data Record not initialized
Line 389) Data Record not initialized
Line 390) Data Record not initialized
Line 391) Data Record not initialized
Line 392) Data Record not initialized
Line 393) Data Record not initialized
Line 394) Data Record not initialized
Line 395) Data Record not initialized
Line 396) Data Record not initialized
Line 397) Data Record not initialized
Line 398) Data Record not initialized
Line 399) Data Record not initialized
Line 400) Data Record not initialized
Line 401) Data Record not initialized
Line 402) Data Record not initialized
Line 403) Data Record not initialized
Line 404) Data Record not initialized
Line 405) Data Record not initialized
Line 406) Data Record not initialized
Line 407) Data Record not initialized
Line 408) Data Record not initialized
Line 409) Data Record not initialized
Line 410) Data Record not initialized
Line 411) Data Record not initialized
Line 412) Data Record not initialized
Line 413) Data Record not initialized
Line 414) Data Record not initialized
Line 415) Data Record not initialized
Line 416) Data Record not initialized
Line 417) Data Record not initialized
Line 418) Data Record not initialized
Line 419) Data Record not initialized
Line 420) Data Record not initialized
Line 421) Data Record not initialized
Line 422) Data Record not initialized
Line 423) Data Record not initialized
Line 424) Data Record not initialized
Line 425) Data Record not initialized
Line 426) Data Record not initialized
Line 427) Data Record not initialized
Line 428) Data Record not initialized
Line 429) Data Record not initialized
Line 430) Data Record not initialized
Line 431) Data Record not initialized
Line 432) Data Record not initialized
Line 433) Data Record not initialized
Line 434) Data Record not initialized
Line 435) Data Record not initialized
Line 436) Data Record not initialized
Line 437) Data Record not initialized
Line 438) Data Record not initialized
Line 439) Data Record not initialized
Line 440) Data Record not initialized
                        Page 7
```

HEA1-610

```
                              P9-013143 ERIC ANDERSON 12-4-14
Line 441) Data Record not initialized
Line 442) Data Record not initialized
Line 443) Data Record not initialized
Line 444) Data Record not initialized
Line 445) Data Record not initialized
Line 446) Data Record not initialized
Line 447) Data Record not initialized
Line 448) Data Record not initialized
Line 449) Data Record not initialized
Line 450) Data Record not initialized
Line 451) Data Record not initialized
Line 452) Data Record not initialized
Line 453) Data Record not initialized
Line 454) Data Record not initialized
Line 455) Data Record not initialized
Line 456) Data Record not initialized
Line 457) Data Record not initialized
Line 458) Data Record not initialized
Line 459) Data Record not initialized
Line 460) Data Record not initialized
Line 461) Data Record not initialized
Line 462) Data Record not initialized
Line 463) Data Record not initialized
Line 464) Data Record not initialized
Line 465) Data Record not initialized
Line 466) Data Record not initialized
Line 467) Data Record not initialized
Line 468) Data Record not initialized
Line 469) Data Record not initialized
Line 470) Data Record not initialized
Line 471) Data Record not initialized
Line 472) Data Record not initialized
Line 473) Data Record not initialized
Line 474) Data Record not initialized
Line 475) Data Record not initialized
Line 476) Data Record not initialized
Line 477) Data Record not initialized
Line 478) Data Record not initialized
Line 479) Data Record not initialized
Line 480) Data Record not initialized
Line 481) Data Record not initialized
Line 482) Data Record not initialized
Line 483) Data Record not initialized
Line 484) Data Record not initialized
Line 485) Data Record not initialized
Line 486) Data Record not initialized
Line 487) Data Record not initialized
Line 488) Data Record not initialized
Line 489) Data Record not initialized
Line 490) Data Record not initialized
Line 491) Data Record not initialized
Line 492) Data Record not initialized
Line 493) Data Record not initialized
Line 494) Data Record not initialized
Line 495) Data Record not initialized
Line 496) Data Record not initialized
Line 497) Data Record not initialized
Line 498) Data Record not initialized
Line 499) Data Record not initialized
Line 500) Data Record not initialized
Line 501) Data Record not initialized
Line 502) Data Record not initialized
Line 503) Data Record not initialized
                              Page 8
```

HEA1-611

```
                    P9-013143 ERIC ANDERSON 12-4-14
Line 504) Data Record not initialized
Line 505) Data Record not initialized
Line 506) Data Record not initialized
Line 507) Data Record not initialized
Line 508) Data Record not initialized
Line 509) Data Record not initialized
Line 510) Data Record not initialized
Line 511) Data Record not initialized
Line 512) Data Record not initialized
Line 513) Data Record not initialized
Line 514) Data Record not initialized
Line 515) Data Record not initialized
Line 516) Data Record not initialized
Line 517) Data Record not initialized
Line 518) Data Record not initialized
Line 519) Data Record not initialized
Line 520) Data Record not initialized
Line 521) Data Record not initialized
Line 522) Data Record not initialized
Line 523) Data Record not initialized
Line 524) Data Record not initialized
Line 525) Data Record not initialized
Line 526) Data Record not initialized
Line 527) Data Record not initialized
Line 528) Data Record not initialized
Line 529) Data Record not initialized
Line 530) Data Record not initialized
Line 531) Data Record not initialized
Line 532) Data Record not initialized
Line 533) Data Record not initialized
Line 534) Data Record not initialized
Line 535) Data Record not initialized
Line 536) Data Record not initialized
Line 537) Data Record not initialized
Line 538) Data Record not initialized
Line 539) Data Record not initialized
Line 540) Data Record not initialized
Line 541) Data Record not initialized
Line 542) Data Record not initialized
Line 543) Data Record not initialized
Line 544) Data Record not initialized
Line 545) Data Record not initialized
Line 546) Data Record not initialized
Line 547) Data Record not initialized
Line 548) Data Record not initialized
Line 549) Data Record not initialized
Line 550) Data Record not initialized
Line 551) Data Record not initialized
Line 552) Data Record not initialized
Line 553) Data Record not initialized
Line 554) Data Record not initialized
Line 555) Data Record not initialized
Line 556) Data Record not initialized
Line 557) Data Record not initialized
Line 558) Data Record not initialized
Line 559) Data Record not initialized
Line 560) Data Record not initialized
Line 561) Data Record not initialized
Line 562) Data Record not initialized
Line 563) Data Record not initialized
Line 564) Data Record not initialized
Line 565) Data Record not initialized
Line 566) Data Record not initialized
```

HEA1-612

```
                        P9-013143 ERIC ANDERSON 12-4-14
Line 567) Data Record not initialized
Line 568) Data Record not initialized
Line 569) Data Record not initialized
Line 570) Data Record not initialized
Line 571) Data Record not initialized
Line 572) Data Record not initialized
Line 573) Data Record not initialized
Line 574) Data Record not initialized
Line 575) Data Record not initialized
Line 576) Data Record not initialized
Line 577) Data Record not initialized
Line 578) Data Record not initialized
Line 579) Data Record not initialized
Line 580) Data Record not initialized
Line 581) Data Record not initialized
Line 582) Data Record not initialized
Line 583) Data Record not initialized
Line 584) Data Record not initialized
Line 585) Data Record not initialized
```

HEA1-613