UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**REBECCA BRIDGES, individually, and as personal representative of the estate of CODY HEALEY, deceased, for the benefit of his survivors and estate,**

      Plaintiff,

vs.                                       CASE NO. 3:18-cv-406-RV-CJK

**DAVID MORGAN, as SHERIFF of ESCAMBIA COUNTY, FLORIDA, DEPUTY SHERIFF JOHN BEARD, And DEPUTY SHERIFF ERIC ANDERSON**

      Defendants.
_____/

## **PLAINTIFF'S NOTICE OF RESOLUTION**

Plaintiff, **REBECCA BRIDGES**, hereby notifies the Court that this matter has been amicably resolved between all parties. Each side shall bear their own attorney's fees and cost, with the court to retaining jurisdiction for 60 days to enforce to terms of the settlement.

1

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record this 25th day of July, 2022.

/s/ Marie A. Mattox
Marie A. Mattox